### IN THE COUNTY COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

JACKIE SWAN                                                                 PLAINTIFF

V.                                                          CAUSE NO: 20-3794

COMCAST CORPORATION                                                         DEFENDANT
D/B/A XFINITY

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Jackie Swan, by and through counsel, and files this her Complaint for Damages against the Defendant, Comcast Corporation d/b/a Xfinity and Plaintiff would state unto the Honorable Court the following, to wit:

I.

The Plaintiff, Jackie Swan, is adult resident citizen of Byram, Hinds County, Mississippi whose address is 215 Riverbend Drive, Byram, Mississippi 39272.

II.

Defendant Comcast Corporation is a national corporation which provides a host of products and services to the general public including, but not limited to, internet, cable, and residential alarm services. It is headquartered in Philadelphia, Pennsylvania and doing business in Mississippi as Xfinity a subsidiary of Comcast Corporation: with a local office located at 5915 I-55 North Frontage Road, Jackson, Mississippi 39213. Comcast Corporation, doing business as Xfinity, can be served with process at CT Corporation System, 645 Lakeland East, Suite 101, Flowood,



Mississippi 39232.

### III.

During the spring of 2016, Plaintiff Swan was interested in and contacted Comcast Corporation (hereinafter "Comcast") for cable and security services. Information was submitted to Plaintiff Swan electronically to her phone in order that she could choose an option for services based upon the cost. However, Plaintiff Swan was not granted any meaningful time to review all the terms of the installation and service agreement before signing via her initials. Therefore, any material terms of the agreement, beyond costs and the details of her purchase selected, were not seen.

### IV.

Before November 2, 2017, Plaintiff Swan noticed that she was having difficulty with her security cameras staying online. After contacting Comcast, a tech person was scheduled to visit within one (1) week later. However, on November 2, she was able to speak with a technical service representative who directed that she unplugged all the security devices from the outlet and then replug them. At first blush, Plaintiff Swan was reluctant to do so and actually expressed her discontent, but the representative insisted that this was a necessary step for repair. While following the instructions of the representative, Plaintiff Swan received an electrical

shock that caused, among other things, approximately six (6) months of muscle spasms.

V.

As a proximate cause of the negligent conduct and actions of the Defendant, Comcast, Plaintiff Jackie Swan sustained over $45,000.00 in medical bills and sustained injuries to her shoulder (torn rotator cuff), neck, arm, and hand.

## CAUSE OF ACTION

### Simple and/or Gross Negligence

Defendant Comcast had a duty to keep its customers reasonably hazard free and safe as to not to present a danger or hazard to the Plaintiff. Because Defendant breached this duty, among others, Comcast caused substantial damages to Plaintiff who now deserves to be compensated.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court upon reviewing the Complaint and having a hearing upon this matter will award compensatory damages to the Plaintiff in the amount of $200,000.00. Plaintiff, further, prays for trial by jury and such other relief that is just and proper in the premises.

RESPECTFULLY SUBMITTED, this the 29th day of October, 2020.

JACKIE SWAN,

PLAINTIFF

BY: _____
SANFORD KNOTT, MSB # 8477
ATTORNEY FOR PLAINTIFF

OF COUNSEL:

SANFORD KNOTT & ASSOCIATES, P. A.
Post Office Box 1208
Jackson, Mississippi   39215-1208
Telephone Number: (601) 355-2000
Facsimile Number: (601) 355-2600

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2016)

Case Number: 25-cv-03794-LGS
Court Identification: 2-1
Filed: 10/29/2020
Docket Number: 3794

County #: 25  Judicial District  Court ID
Month/Date/Year: 10 29 20

In the COUNTY — Court of HINDS — County — FIRST Judicial District

**Origin of Suit** (Place an "X" in one box only)
- [ ] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** — Party(ies) Initially Bringing Suit Should Be Entered First

Individual: Swan, Jackie
- Last Name: Swan
- First Name: Jackie

Address of Plaintiff: 215 Riverbend Drive, Byram, Mississippi 39272
Attorney (Name & Address): Sanford E. Knott, 425 South State Street, Jackson, Mississippi
MS Bar No. 8477

Signature of Individual Filing: /s/ Sanford Knott

**Defendant**

Business: Xfinity

**Nature of Suit** (Place an "X" in one box only)

Domestic Relations:
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

Appeals:
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

Business/Commercial:
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

Probate:
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

Children/Minors – Non-Domestic:
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

Civil Rights:
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

Contract:
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

Statutes/Rules:
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

Real Property:
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

Torts:
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [x] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other