IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JACKIE SWAN**,

        *Plaintiff*,

v.

**COMCAST CORPORATION**,

        *Defendant*.

CAUSE NO. 3:21-CV-187-CWR-LGI

## ORDER

At the request of Plaintiff, the Court stayed Plaintiff's response to Defendant's *Motion for Summary Judgment*. Docket No. 47. A new scheduling order was entered, which set the discovery deadline at October 17, 2022. The Magistrate Judge has set a Settlement Conference for February 7, 2023.

On its own motion, the Court hereby extends the date for Plaintiff to file her response to the *Motion for Summary Judgment* to February 10, 2023. Due to the extension, the parties are on notice that this case may be moved to a subsequent trial calendar.

**SO ORDERED**, this the 27th day of January, 2023.

                                                  s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE